```
                                                            555
                                                            NW                    FILED
 1         COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983
                                                                         APR 2 1 2008
 2    Name  Kohhiss          Michael          P.
                                                                    RICHARD W. WIEKING
              (Last)            (First)         (Initial)           CLERK, U.S. DISTRICT COURT
 3                                                                NORTHERN DISTRICT OF CALIFORNIA
 4    Prisoner Number    # 86871-011
 5    Institutional Address  P.O. Box 5500, Adelanto, CA 92301
 6    ==========================================================================
 7                        UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
 8    Michael P. Kohliss
 9    (Enter the full name of plaintiff in this action.)      CV  08    2072
10                    vs.                         )   Case No. _____
                                                  )   (To be provided by the Clerk of Court)  VRW
11    S.W. Dorwood, Warden                        )
                                                  )   COMPLAINT UNDER THE
12    Ahi, A.D.                                   )   CIVIL RIGHTS ACT,
                                                  )   Title 42 U.S.C § 1983
13    Horcios, Unit Manager                       )
                                                  )                                           (PR)
14    Bossei, Counselor                           )
      (Enter the full name of the defendant(s) in this action)
15                                                )
```

16 *[All questions on this complaint form must be answered in order for your action to proceed..]*

17  I.    Exhaustion of Administrative Remedies.

18      [**Note:** You must exhaust your administrative remedies before your claim can go

19      forward. The court will dismiss any unexhausted claims.]

20      A.   Place of present confinement  U.S.P. Victorville

21      B.   Is there a grievance procedure in this institution?

22           YES (✓)   NO ( )

23      C.   Did you present the facts in your complaint for review through the grievance

24           procedure?

25           YES (✓)   NO ( )

26      D.   If your answer is YES, list the appeal number and the date and result of the

27           appeal at each level of review. If you did not pursue a certain level of appeal,

28           explain why.

COMPLAINT                              - 1 -

1. Informal appeal  i have submitted (7) seven inmate Appeal applications. U.S.P. Victorville is circumventing the Appeals process and

2. First formal level  "    "    "

3. Second formal level  "    "    "

4. Third formal level  i submitted a 'Sensitive Grievance' and filed it directly with the warden. The warden has failed to respond

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why._____

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Michael P. Hopkins, #86871-011
P.O. Box 5800
Adelanto, CA 92301

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

J.L. Norwood, Warden

COMPLAINT — 2 —

1. Ahi, A.W.
2. Horton, Unit Manager
3. Broughton, Case Manager
4. Bossel, Counselor

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On January 15, 2008, I was attacked by several correctional officers and as a direct result of this assault I sustained an injury to my right testicle. The injury is so severe that my testicle is inflammed and is swollen the size of a baseball. I suffer difficulty urinating and am in constant pain and discomfort. I was seen by the institutions medical staff however I have not been provided any medication for the pain or given any service which would help with the overall injury.

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I request immediate medical care and treatment and financial compensation for my medical bills and cost for pain and suffering.

COMPLAINT                           - 3 -

| | |
|---|---|
| 1 | _____ |
| 2 | _____ |
| 3 | _____ |
| 4 | _____ |
| 5 | I declare under penalty of perjury that the foregoing is true and correct. |
| 6 | |
| 7 | Signed this 14 day of April, 2008 |
| 8 | |
| 9 | _Michael P Hobbins_ |
| 10 | (Plaintiff's signature) |

COMPLAINT                           - 4 -

