FILED
APR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States of America,
　　　　　Plaintiff,
vs.
Michael Hollins,
　　　　　Defendant.

CASE NO. 08-2072 VRW

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

(PR)

I, Michael P Hollins, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0    Net: 0

Employer: 0

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9         a.    Business, Profession or                    Yes ___ No ✓
10              self employment
11        b.    Income from stocks, bonds,                 Yes ___ No ✓
12              or royalties?
13        c.    Rent payments?                             Yes ___ No ✓
14        d.    Pensions, annuities, or                    Yes ___ No ✓
15              life insurance payments?
16        e.    Federal or State welfare payments,         Yes ___ No ✓
17              Social Security or other govern-
18              ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.     Are you married?                                 Yes ___ No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.     a.     List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS              - 2 -

  b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?  Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?  Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ___ No ✓ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No ✓

_____

8. What are your monthly expenses?

Rent: $ ___∅___    Utilities: ___∅___

Food: $ ___∅___    Clothing: ___∅___

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| ∅ | $ ∅ | $ ∅ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 3 -

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____ ∅ _____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ✓   No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.                                                                   SBA
9       Nope                                          → Same
10
11      I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15
16   4.14.08                              Michael Hollins
17    DATE                          SIGNATURE OF APPLICANT