1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL P HOLLINS,                          )
                                            )
              Plaintiff(s),                 )        No. C 08-2072 VRW (PR)
                                            )
       vs.                                  )        ORDER OF TRANSFER
                                            )
S L NORWOOD, et al,                         )        (Doc # 2)
                                            )
              Defendant(s).                 )
_____            )

       Plaintiff, a prisoner at the United States Penitentiary Victorville in Adelanto,
California, has filed a pro se civil rights complaint challenging the conditions of his
confinement.  A substantial part of the events or omissions giving rise to the claim(s)
occurred, and the defendants named reside, in the County of San Bernardino, which lies
within the venue of the Central District of California, Eastern Division.  See 28 USC §
84(c)(1).  Venue therefore properly lies in the Central District, Eastern Division.  See id
§ 1391(b).

       Accordingly, IT IS ORDERED that in the interest of justice and pursuant to 28
USC § 1406(a) this action be TRANSFERRED to the United States District Court for
the Central District of California, Eastern Division.

       The clerk shall transfer this matter and terminate all pending motions as moot.

       SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.08\Hollins, M1.transfer.wpd